UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| NATIONAL CASUALTY COMPANY, | ) | CASE NO.: 3:16-CV-00034 |
| | ) | |
| Plaintiff, | ) | JUDGE: WALTER H. RICE |
| | ) | |
| vs. | ) | **PLAINTIFF NATIONAL CASUALTY** |
| | ) | **COMPANY'S APPLICATION FOR** |
| DHALIWAL TRUCKING CO. INC., et al., | ) | **DEFAULT JUDGMENT** |
| | ) | |
| Defendants | ) | |

Plaintiff National Casualty Company respectfully requests that the Clerk enter a default against Defendants Dhaliwal Trucking and Sukhdeep Singh Brar on the basis that the record in this case demonstrates a failure to plead or otherwise defend against the Complaint initially asserted against Defendants by the Plaintiff (ECF 1), and subsequently re-served upon them (ECF 13) as provided by Rule 55(a) of the Federal Rules of Civil Procedure. An Affidavit in Support of the Request for Entry of Default is attached as Exhibit A.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Joseph F. Nicholas, Jr.*
JOSEPH F. NICHOLAS, JR.  (0038063)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jnicholas@mrrlaw.com

Counsel for Defendant National Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, January 23, 2018, a copy of the foregoing Plaintiff National Casualty Company's Application for Default Judgment was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Joseph F. Nicholas, Jr.*
JOSEPH F. NICHOLAS, JR.  (0038063)

Counsel for Defendant National Casualty Company

NW E&S-160009/App for Def Jdgmt